DORA HELMAN, as Administratrix of the Estate of ISIDORE HELMAN, Deceased, Respondent, *v.* SAMUEL T. MARKOFF, Appellant, Impleaded with Another.

Argued March 1, 1939; decided April 4, 1939.

642

*Frederick Mellor* and *Irwin B. Crosman* for appellant.

*Jerome I. Hyman, Samuel L. Sargent, Bernard Meyerson* and *Morris L. Meshel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.